peals for the Eighth Circuit denied. *Messrs. Oscar E. Buder* and *G. A. Buder, Jr.* for petitioners. *Messrs. James C. Jones, Lon O. Hocker,* and *Frank Y. Gladney* for respondent.

No. 1005. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John S. Miller* and *James J. Magner* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key*. and *J. Louis Monarch* for respondent.

No. 1011. PESNELL *v.* DEPARTMENT OF INDUSTRIAL RELATIONS. June 2, 1941. Petition for writ of certiorari to Supreme Court of. Alabama denied. *Messrs. Rossie Rogers, Hugh A. Locke,* and *Yelverton Cowherd* for petitioner. *Messrs. Frank R. Broadway* and *James A. Simpson* for respondent.

No. 1014. VALLEY MOULD & IRON CORP. *v.* NATIONAL LABOR RELATIONS BOARD. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the. Seventh Circuit denied. *Mr. Ernest S. Ballard* for petitioner. *Solicitor General Biddle* and *Messrs. Arnold Raum, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent.

No. 1015. CHENILLE MANUFACTURING CO., INC., ET AL. *v.* SCHIFRIN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second